112855

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

PAYMENT RECEIVED
DATE: 11-6-01
RECEIPT(S) #: ~~4006~~ 112855
AMOUNT: 25.00
CASHIER: mb

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV-01-1937 **Case Title:** Leonard Rosati v. Cleveland-Cliffs Inc

### Affidavit of Movant

I, R. Thomas Torgerson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice W. Eric Baisden, an attorney admitted to practice in the Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (XX)defendant Cleveland-Cliffs Inc in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 170367 Date: 11/6/01

### Affidavit of Proposed Admittee

I, W. Eric Baisden, am currently a member in good standing of the U.S. District Court for the Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: W. Eric Baisden Signature: [signature] Date: October 30, 2001

Attorney License Number: 0055763

Law Firm Name & Address:
Jones, Day, Reavis and Pogue
901 Lakeside Avenue
Cleveland, Ohio 44114

Telephone: ( ) 216-586-7802

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: NOV 09 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK